UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY AND ANNUITY SAVINGS FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and the INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4, Plaintiffs<br><br>vs.<br><br>MOORE'S CRANE RENTAL CORP. and HADLEY MOORE, Defendants<br><br>and<br><br>KENNEBUNK SAVINGS BANK, Trustee | C.A. No. 05-10031 DPW |

## CERTIFICATE RE TRUSTEE PROCESS

I, Gregory A. Geiman, of the firm of Segal, Roitman & Coleman, attorneys for the plaintiffs, do hereby certify that the above-entitled action was:

1.  in contract for personal services; and

2.  for money due under a contract in writing.

For the foregoing reasons, no bond is required to be filed under the provisions of Chapter 246, Section 1, of the General Laws of Massachusetts.

>Respectfully submitted,
>
>LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE FUND, et al,
>
>By their attorneys,
>
>/s/ Gregory A. Geiman
>Anne R. Sills, Esquire
>BBO #546576
>Gregory A. Geiman, Esquire
>BBO #655207
>Segal, Roitman & Coleman
>11 Beacon Street, Suite #500
>Boston, MA 02108
>(617) 742-0208

Dated: February 2, 2005

GAG/gag&ts
ARS 3118 05-016/certrepr.doc

2