UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(BOSTON)

FILED
CLERKS OFFICE

2005 MAR 25 P 2: 08

U.S. DISTRICT COURT
DISTRICT OF MASS

LOUIS G. RASETTA AND JOHN J.
SHAUGHNESSY, AS TRUSTEES,
INTERNATIONAL UNION OF
OPERATING ENGINEERS LOCAL 4 et al,
    Plaintiff

v.     C.A. No. 05-10031-DPW

MOORES CRANE RENTAL CORP. and
HADLEY MOORES
    Defendants

and

KENNEBUNK SAVINGS BANK
    Trustee

### ANSWER OF TRUSTEE

KENNEBUNK SAVINGS BANK, the Trustee, had the following goods, effects, or credits of the Defendants, Moores Crane Rental Corp. and Hadley Moores, in its control or possession at the time of the service of the Trustee Writ on it on March 21, 2005:

    $37,829.41

I hereby submit myself for examination under oath and request judgment, and for my costs.

Dated: March 23, 2005

By: _____
Linda Bridges, Vice President Deposit Services

STATE OF MAINE
YORK, ss.

Linda Bridges, Vice President Deposit Services of Kennebunk Savings Bank, personally appeared before me the 23rd day of March 2005, and swore that the above Answer was subscribed by her and was true.

Before me, _____
Susan F. Hoctor, Vice President and General Counsel