# United States District Court

_____ DISTRICT OF _____

LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4,
   Plaintiffs

V.

Moore's Crane Rental Corp. and Hadley Moore,
   Defendants

and

Kennebunk Savings Bank,
   Trustee

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05.10031DPW

TO: (Name and address of defendant)

Moore's Crane Rental Corp.
33 Littleworth Road
Dover, NH  03820

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Anne R. Sills, Esquire
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA  02108

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                  1/6/05
CLERK                                         DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 3-22-05 |
| NAME OF SERVER (PRINT) ROBERT SID CARLSON | TITLE JUSTICE OF PEACE - PROCESS SERVER |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: BONNIE (SEC TO HADLEY MOORE 3B LITTLEWORTH RD, DOVER, N.H. (BONNIE WOULD NOT GIVE LAST NAME)

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3-22-05  2:45 PM     *Robert Sid Carlson*
            Date                    Signature of Server

55 SHERBURNE HILL
Address of Server
NORTHWOOD, N.H. 03261

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# CARLSON DETECTIVE AGENCY

*Private Investigators*
www.carlsondetective.com

Robert "Sid" Carlson
55 Sherburne Hill Rd
Northwood, NH  03261

Mass State Police (Ret)
Tel (603) 942-9800
Fax (603) 942-9800

Email - sidc@metrocast.net



March 22, 2005  -  Tuesday


To:   Anne R. Sills, Esq. - Attn Teresa
Re:   Service of summons to Hadley Moore/Moore Crane Rental, Dover, NH


     Be advised that your summons to Moore's Crane Rental Corp, 33 Littleworth Rd, Dover, NH, 03820, was served at 2:45pm this date of March 22, 2005 at 33 Littleworth Rd, Dover, NH.

     The summons was left with Bonnie, the personal secretary to Hadley Moore, Bonnie would not give me her last name.  Bonnie said that Hadley Moore was on the phone with your office at the time the summons was served.

     Return of service is being sent to your office

*Robert Sid Carlson*

Robert Sid Carlson  -  Private Investigator and Justice of the Peace in NH.