DISTRICT OF MASSACHUSETTS

<u>TRUSTEE WRIT</u>

Louis G. Rasetta and John J. Shaughnessy, as they are Trustees, International Union of Operating Engineers Local 4, et al _____, Plaintiff(s)

C.A. No. 05-10031 RBC

v.

Moore's Crane Rental Corp. and Hadley Moore _____, Defendant(s)

<u>Kennebunk Savings Bank</u>_____, Trustee

## SUMMONS TO TRUSTEE

To the above-named Trustee:

You are hereby summoned and required to file, within 20 days after service of this summons upon you, exclusive of the day of service, a disclosure under oath of what goods effects or credits, if any, of the defendant <u>Moore's Crane Rental Corp. and Hadley Moore</u> of <u>33 Littleworth Road, Dover, NH  03820</u> are in your hands or possession at the time of the service of this summons upon you which may be taken on execution issued upon such judgment, if any, as the plaintiff <u>Louis G. Rasetta and John J. Shaughnessy, as they are Trustees</u>, of <u>I.U.O.E. Local 4, et al,</u> <u>177 Bedford Street, Lexington, MA  02420</u>, whose attorney is <u>Gregory A. Geiman</u>, of <u>Segal, Roitman & Coleman</u> <u>11 Beacon Street, Suite #500, Boston, MA  02108</u> may recover in an action brought against the said defendant in this Court to the value of $_____ (the amount authorized). Such goods, effects or credits are hereby attached. If you do not do so, judgment by default will be taken against you and you will be adjudged trustee as alleged.

The complaint in this case was filed on <u>January 6</u>, XX<u>05</u>. This attachment was approved on _____, XX<u>05</u> by The Honorable <u>Robert B. Collings</u>, in the amount of $<u>113,638.76</u>.

If the credits of the said defendant which are in your hands or possession include wages for personal labor or personal services of said defendant, you are hereby notified that an amount not exceeding $125 per week of such wages are exempt from this attachment and you are directed to pay over such exempted amount to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If the said credits include a pension payable to said defendant which is not otherwise exempt by law from attachment, you are hereby notified that an amount not exceeding $100 for each week which has elapsed since the last preceding payment under such pension was payable to said defendant, and $100 per week hereafter, are exempt from this attachment and you are directed to pay over such exempted amounts to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If you are a trust company, savings bank, cooperative bank, credit union, national banking association, or any other banking institution doing business in the Commonwealth, and if the credits of the said defendant in your hands include an account or accounts in the name of any natural person, you are hereby notified that pursuant to Massachusetts General Laws, c.246, Section 28A, $500 owned by the said defendant (if a natural person) are exempt from this attachment (a joint account to be treated for this purpose as if each depositor owned one-half of the amount thereof). No business, trust, or organization shall be entitled to this exemption, and no natural person shall be entitled to more than a $500 exemption at any one time.

Dated at Boston, Massachusetts, this <u>11th</u> day of <u>March</u>, XX<u>2005</u>

Sarah Thornton, Clerk

# CALDERBANK INVESTIGATIONS, INC.

*Continuing To Exceed Expectations*

## Proof of Service

Rasetta, Shaughnessy International Union vs Moore's Crane & Hadley Moore   CA No. 05-10031 RBC

PLAINTIFF/PETITIONER    DEFENDANT/RESPONDENT    CASE NUMBER

I **Douglas Calderbank**, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served **Kennebunk Savings Bank (Trustee)**
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) **Summons to Trustee**

By leaving with **Helene C. Plourde**    **VP & KFC Small Business Office**
PRINT NAME    RELATIONSHIP

Business **50 Portland**    **Kennebunk, ME**
ADDRESS    CITY / STATE

On **3/21/05**    At **3:50 PM**
DATE    TIME

Thereafter copies of the documents were mailed by on **3/22/05**
DATE

From **Portland**    **ME**    **04104**
CITY    STATE    ZIP

**Manner of Service:**
- [x] **Personal:** By personally delivering copies to the person being served.
- [ ] **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of 18 and explaining the general nature of the papers.
- [ ] **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
- [ ] **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.
- [ ] **Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

❏ Unknown at Address ❏ Moved, Left no Forwarding Address ❏ Service Cancelled by Litigant
❏ Unable to Serve in Timely Fashion ❏ Address Does Not Exist ❏ Other: _____

**Service Attempts:** Service was attempted on: (1) **3/21/05** (2) _____
(3) _____ (4) _____ (5) _____

*[Signature]*
SIGNATURE OF SERVER