UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY AND ANNUITY SAVINGS FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and the INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4, Plaintiffs vs. MOORES CRANE RENTAL CORP. and HADLEY MOORES, Defendants and KENNEBUNK SAVINGS BANK, Trustee. | C.A. No. 05.10031 DPW |

**CORPORATE DISCLOSURE STATEMENT**
_____

Defendant Moores Crane Rental Corp., pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3, hereby discloses that no corporation is a parent company of Moores Crane Rental Corp. and no publicly held corporation owns more than 10% of its stock.

DATED at Portland, Maine, this 22nd day of April, 2005.

/s/ Daniel Murphy
Daniel Murphy, Esq.
Mass. BBO No.: 656021

Attorney for Defendants
Moores Crane Rental Corp.
and Hadley Moores

BERNSTEIN, SHUR, SAWYER, & NELSON
100 Middle Street, P.O. Box 9729
Portland, ME 04104-5029
207-774-1200

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2005, I electronically filed the Defendants' Answer to Complaint, Corporate Disclosure Statement with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following: Anne R. Sills, Esq. and Gregory A. Geiman, Esq.

/s/ Daniel Murphy
Daniel Murphy, Esq.
Mass. BBO No.: 656021

Attorney for Defendants
Moores Crane Rental Corp.
and Hadley Moores

BERNSTEIN, SHUR, SAWYER, & NELSON
100 Middle Street, P.O. Box 9729
Portland, ME 04104-5029
207-774-1200