UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY AND ANNUITY SAVINGS FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and the INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4,<br>            Plaintiffs<br><br>vs.<br><br>MOORES CRANE RENTAL CORP. and HADLEY MOORES,<br>            Defendants<br><br>and<br><br>KENNEBUNK SAVINGS BANK,<br>            Trustee. | C.A. No. 05.10031 DPW |

### MOTION OF DANIEL MURPHY FOR ADMISSION OF
### LOUIS BUTTERFIELD TO PRACTICE AS A VISITING ATTORNEY
_____

Pursuant to D. Mass. LR 83.5.3, Daniel J. Murphy, of the law firm of Bernstein, Shur, Sawyer & Nelson, P.A., 100 Middle Street, Portland, Maine, counsel of record for defendants Moores Crane Rental Corp. and Hadley Moores (the "Defendants"), hereby respectfully moves the Court for leave to admit Louis Butterfield, also of Bernstein, Shur, Sawyer & Nelson, to appear and practice *pro hac vice* as counsel for the Defendants in this action.

As set forth in the attached Certificate of Visiting Attorney, which is incorporated herein by reference, Mr. Butterfield is a member of the bars of the State of Maine, the United States District Court for the Districts of Maine, and the First Circuit Court of Appeals.  Mr. Butterfield (1) is a member of the bar in good standing in every jurisdiction where he has been admitted to practice;  (2) is not subject to any disciplinary proceedings against him as a member of the bar in any jurisdiction; and (3) is familiar with the Local Rules of this Court.

In this action, Mr. Butterfield shall be associated with myself.  I was admitted to practice in the courts of the Commonwealth of Massachusetts on December 13, 2002 and this Court on February 17, 2005.  At all times, I have been a member in good standing of the bars of the Commonwealth of Massachusetts and this Court, and shall serve as a member of the bar of this Court upon whom all process, notices and other papers filed with the Court and whose attendance at any proceeding may be required by this Court.

WHEREFORE, I, Daniel J. Murphy, hereby move this Court for leave to admit Louis Butterfield appear and practice *pro hac vice* as counsel for the Defendants in the above-captioned case, and for such other and further relief as the Court deems just.

DATED at Portland, Maine, this 22nd day of April, 2005.

/s/ Daniel Murphy
Daniel Murphy, Esq.
Bernstein, Shur, Sawyer & Nelson
Mass. BBO No.: 656021
100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
Tel.  (207) 774-1200

## CERTIFICATE OF SERVICE
_____

      I hereby certify that on April 22, 2005, I electronically filed Motion of Daniel Murphy for Admission of Louis Butterfield to Practice as a Visiting Attorney and Visiting Lawyer Certification with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following: Anne R. Sills, Esq. and Gregory A. Geiman, Esq.

                                            /s/ Daniel Murphy
                                            Daniel Murphy, Esq.
                                            Mass. BBO No.: 656021

                                            Attorney for Defendants
                                            Moores Crane Rental Corp.
                                            and Hadley Moores


BERNSTEIN, SHUR, SAWYER, & NELSON
100 Middle Street, P.O. Box 9729
Portland, ME 04104-5029
207-774-1200

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY AND ANNUITY SAVINGS FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and the INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4, Plaintiffs<br><br>vs.<br><br>MOORES CRANE RENTAL CORP. and HADLEY MOORES, Defendants<br><br>and<br><br>KENNEBUNK SAVINGS BANK, Trustee. | C.A. No. 05.10031 DPW |

**VISITING LAWYER CERTIFICATION**

Pursuant to Local Rule 83.5.3(b), I, Louis Butterfield, of Bernstein, Shur, Sawyer & Nelson, P.A., hereby certify as follows:

1. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice; namely the courts of the State of Maine, the United States District Court for the District of Maine, and the United States Court of Appeals for the First Circuit.

2. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

1

2

    3.      I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.  Furthermore, for the purposes of this lawsuit, I shall at all times be associated with Daniel Murphy, a member of the Bar of this Court, who has entered an appearance by virtue of signing the responsive pleadings in this matter.

    4.      My name, address, and telephone number are:

> Louis B. Butterfield
> Bernstein, Shur, Sawyer & Nelson
> 100 Middle Street
> Portland, Maine 04104-5029
> (207) 774-1200
> lbutterfield@bssn.com

I certify under penalty of perjury that the foregoing is true and correct.

> /s/ Louis B. Butterfield
> Louis B. Butterfield, Esq.
>
> Bernstein, Shur, Sawyer & Nelson
> 100 Middle Street
> Portland, Maine 04104-5029
> (207) 774-1200

**CERTIFICATE OF SERVICE**
_____

      I hereby certify that on April 22, 2005, I electronically filed Motion of Daniel Murphy for Admission of Louis Butterfield to Practice as a Visiting Attorney and Visiting Lawyer Certification with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following: Anne R. Sills, Esq. and Gregory A. Geiman, Esq.

                                                             /s/ Daniel Murphy
                                                             Daniel Murphy, Esq.
                                                             Mass. BBO No.: 656021

                                                             Attorney for Defendants
                                                             Moores Crane Rental Corp.
                                                             and Hadley Moores

BERNSTEIN, SHUR, SAWYER, & NELSON
100 Middle Street, P.O. Box 9729
Portland, ME 04104-5029
207-774-1200

3