UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY AND ANNUITY SAVINGS FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and the INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4, DPW<br>　　　　　Plaintiffs<br><br>　　vs.<br><br>MOORE'S CRANE RENTAL CORP. and HADLEY MOORE,<br>　　　　　Defendants<br><br>　　and<br><br>KENNEBUNK SAVINGS BANK,<br>　　　　　Trustee | C.A. No. 05-10031 |

**MOTION FOR DISCHARGE OF ATTACHMENT BY TRUSTEE PROCESS**

Now come the Plaintiffs in the above-entitled matter and respectfully request that this honorable Court discharge the Plaintiffs' attachment by trustee process of the bank accounts of Defendants Moore's Crane Rental Corp. ("Moore's") and Hadley Moore ("Moore"), currently held by Kennebunk Savings Bank.  This attachment by trustee process was granted the Plaintiffs by this Court in an Order dated February 17, 2005.  In support thereof, Plaintiffs state that the attachment is no longer necessary as Defendants have agreed to release to the Plaintiffs all

moneys currently attached pursuant to the Court's Order on Motion for an Ex Parte Order of Attachment by Trustee Process.

WHEREFORE, Plaintiffs respectfully request that this honorable Court discharge the Plaintiffs' attachment by trustee process of the bank accounts of Moore's and Moore.

> Respectfully submitted,
>
> LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE FUND, et al,
>
> By their attorneys,
>
> /s/ Gregory A. Geiman
> Anne R. Sills, Esquire
> BBO #546576
> Gregory A. Geiman, Esquire
> BBO #655207
> Segal, Roitman & Coleman
> 11 Beacon Street, Suite #500
> Boston, MA  02108
> (617) 742-0208

Dated:  July 27, 2005

### LOCAL RULE 7.1(A)(2) CERTIFICATION

Counsel hereby certifies, in accordance with Rule 7.1(A)(2), that prior to filing Plaintiffs' Motion for Discharge of Attachment by Trustee Process in this matter he spoke with Moore's Crane Rental Corp.'s attorney Louis Butterfield, Esquire and the parties agreed that the attachment should be discharged.

> /s/ Gregory A. Geiman
> Gregory A. Geiman, Esquire

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion for Discharge of Attachment by Trustee Process has been served by first class mail upon the defendants, Moore's Crane Rental Corp. and Hadley Moore, attorney Louis Butterfield at Bernstein, Shur, Sawyer & Nelson, P.A., 100

3

Middle Street, P.O. Box #9729, Portland, ME  04104  this 27th day of July, 2005.

                                        <u>/s/ Gregory A. Geiman</u>
                                        Gregory A. Geiman, Esquire

GAG/gag&ts
ARS 3118 05-016/motdisch-attachtrustproc.doc