UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY AND ANNUITY SAVINGS FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and the INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4, DPW<br>                      Plaintiffs<br><br>vs.<br><br>MOORE'S CRANE RENTAL CORP. and HADLEY MOORE,<br>                      Defendants<br><br>and<br><br>KENNEBUNK SAVINGS BANK,<br>                      Trustee | C.A. No. 05-10031 |

## MOTION TO STAY PROCEEDINGS

Plaintiffs Louis G. Rasetta and John J. Shaughnessy, as they are Trustees, International Union of Operating Engineers Local 4 Health and Welfare Funds, et al respectfully move this court to stay the proceedings in this matter until October 1, 2005 with the expectation that the matter will be reported as fully resolved at that time. As grounds therefore, Plaintiffs state as follows:

1.      The parties have entered into a settlement agreement which they are in the process of effectuating. The agreement provides for the Defendant to undergo a payroll audit

and to enter into a payment plan for any amounts found due upon completion of the audit. Plaintiffs cannot report this matter as fully resolved until such time as the audit has been completed and the payment plan has been executed, which they expect will occur by October 1, 2005. At this time, the parties are working to schedule an audit date.

2. The stay will conserve judicial resources as well as the parties' resources.

3. No party will be harmed by the stay.

WHEREFORE, Plaintiffs respectfully request that these proceedings be stayed until October 1, 2005.

Respectfully submitted,

LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE FUND, et al,

By their attorneys,

/s/ Gregory A. Geiman
Anne R. Sills, Esquire
BBO #546576
Gregory A. Geiman, Esquire
BBO #655207
Segal, Roitman & Coleman
11 Beacon Street, Suite #500
Boston, MA  02108
(617) 742-0208

Dated:  July 27, 2005

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Counsel hereby certifies, in accordance with Rule 7.1(A)(2), that prior to filing Plaintiffs' Motion to Stay Proceedings in this matter he had engaged in numerous conversations with Defendant's counsel Louis Butterfield, Esquire regarding the substance of this motion, and

executed a settlement agreement along with Attorney Butterfield in which the parties agreed that this matter should be stayed.

/s/ Gregory A. Geiman
Gregory A. Geiman, Esquire

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing Plaintiffs' Motion to Stay Proceedings has been served by first class mail upon the defendants, Moore's Crane Rental Corp. and Hadley Moore, attorney Louis Butterfield at Bernstein, Shur, Sawyer & Nelson, P.A., 100 Middle Street, P.O. Box #9729, Portland, ME 04104 this 27th day of July, 2005.

/s/ Gregory A. Geiman
Gregory A. Geiman, Esquire

GAG/gag&ts
ARS 3118 05-016/mostayproc.doc