UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY AND ANNUITY SAVINGS FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and the INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4, DPW<br>          Plaintiffs<br><br>vs.<br><br>MOORE'S CRANE RENTAL CORP. and HADLEY MOORE,<br>          Defendants<br><br>and<br><br>KENNEBUNK SAVINGS BANK,<br>          Trustee | C.A. No. 05-10031 |

**MOTION FOR ATTACHMENT OF PERSONAL PROPERTY OF
DEFENDANT MOORE'S CRANE RENTAL CORP. (WITH NOTICE)**

Now come the Plaintiffs in the above-entitled matter and move this Court, pursuant to Rule 64, Fed.R.Civ.P., M.G.L. c. 223, and Rule 4.1, Mass.R.Civ.P., for an order to attach personal property of the Defendant Moore's Crane Rental Corp. ("Moore's Crane"), to the value of $158,437.25, representing the fringe benefit contributions believed to be owed to the Funds by Moore's Crane, along with attorneys' fees and costs incurred by the Funds to date in the litigation of the above-captioned matter.

In support thereof, Plaintiffs state they are reasonably likely to recover judgment in an amount equal to or greater than the amount of the attachment over and above any liability insurance shown by the Defendant to be available to satisfy the judgment.

Alternatively, Plaintiffs seek a preliminary injunction restraining Moore's Crane from distributing the proceeds of the sale of any of the items of personal property which the Funds seek to attach by the instant Motion.

In support of this Motion, plaintiffs rely on a Memorandum of Law submitted herewith and the Affidavits of Louis G. Rasetta, James Bucci, and Anne R. Sills, and other pleadings on file in this case.

    Respectfully submitted,

    LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE FUND, et al,

    By their attorneys,

    /s/ Gregory A. Geiman
    Anne R. Sills, Esquire
    BBO #546576
    Gregory A. Geiman, Esquire
    BBO #655207
    Segal, Roitman & Coleman
    11 Beacon Street
    Suite #500
    Boston, MA  02108
    (617) 742-0208

Dated:  February 1, 2006

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1(A)(2)

I hereby certify that I have conferred with Defendant's counsel, Louis B. Butterfield,

Esquire, and attempted in good faith to resolve or narrow the issues.

/s/ Gregory A. Geiman
Gregory A. Geiman, Esquire

**CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing Motion for Attachment of Personal Property has been served by first class mail upon the defendants, Moore's Crane Rental Corp. and Hadley Moore, by their attorney Louis Butterfield at Bernstein, Shur, Sawyer & Nelson, P.A., 100 Middle Street, P.O. Box #9729, Portland, ME 04104 this 1st day of February, 2006.

/s/ Gregory A. Geiman
Gregory A. Geiman, Esquire

GAG/gag&ts
ARS 3118 05-016/motion-attachpersprop.doc