UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY AND ANNUITY SAVINGS FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and the INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4,
Plaintiffs

vs.

MOORE'S CRANE RENTAL CORP. and HADLEY MOORE,
Defendants

and

KENNEBUNK SAVINGS BANK,
Trustee

C.A. No. 05-10031 DPW

### AFFIDAVIT OF JAMES BUCCI

1. My name is James Bucci. I am the Field Agent for the International Union of Operating Engineers Employee Benefit Funds. In my capacity as Field Agent, I audit the books and records of, and collect fringe benefit contributions owed by, contractors that are signatory to collective bargaining agreements with the International Union of Operating Engineers Local 4.

2. Upon information and belief, Defendant Moore's Crane Rental Corp. owns the following cranes and utilizes them for business purposes:

   1. 2000 Link-Belt, Model 8670, Serial #F2JO-4863/HTCF2485

2. 2002 GMK, Model 5240, Serial #5208186
3. 2002 GMK, Model 4075, Serial #40759122
4. 2001 GMK Model 5100, Serial #51009139
5. 2001 Sterling Boom Truck, VIN #ZFZHAZAS41AH56320.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 1ST DAY OF FEBRUARY, 2006.

*James Bucci*
James Bucci

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail hand on 2/1/06.

GAG/gag&s
ARS 3118 05-016/affbucci2.doc

2