UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY AND ANNUITY SAVINGS FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and the INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4, DPW<br>Plaintiffs<br><br>vs.<br><br>MOORE'S CRANE RENTAL CORP. and HADLEY MOORE,<br>Defendants<br><br>and<br><br>KENNEBUNK SAVINGS BANK,<br>Trustee | C.A. No. 05-10031 |

**AFFIDAVIT OF ANNE R. SILLS**

1.  My name is Anne R. Sills. I am an attorney with the law firm of Segal, Roitman & Coleman.

2.  This firm has been involved in efforts to collect contributions owed the International Union of Operating Engineers Employee Benefit Funds by Moore's Crane Rental Corp. and Hadley Moore since on or about December 1, 2004. Since that date, we have incurred

legal fees and costs totaling $8,437.25.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 1st DAY OF FEBRUARY, 2006.

/s/ Anne R. Sills
Anne R. Sills, Esquire

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Affidavit has been served by first class mail upon the defendants, Moore's Crane Rental Corp. and Hadley Moore, by their attorney Louis Butterfield at Bernstein, Shur, Sawyer & Nelson, P.A., 100 Middle Street, P.O. Box #9729, Portland, ME 04104 this 1st day of February, 2006.

/s/ Gregory A. Geiman
Gregory A. Geiman, Esquire

GAG/gag&ts
ARS 3118 05-016/affsills2.doc