UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY AND ANNUITY SAVINGS FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and the INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4, DPW<br>            Plaintiffs<br><br>vs.<br><br>MOORE'S CRANE RENTAL CORP. and HADLEY MOORE,<br>            Defendants<br><br>and<br><br>KENNEBUNK SAVINGS BANK,<br>            Trustee | C.A. No. 05-10031 |

**FINDING AND ORDER OF APPROVAL OF ATTACHMENT**

     This cause came on to be heard after notice and opportunity to be heard and upon a motion for approval of attachment, and upon consideration thereof this Court hereby finds that there is a reasonable likelihood that the Plaintiffs will recover judgment in an amount equal to or greater than the amount of the attachment approved herein over and above any liability insurance shown by the Defendant to be available to satisfy the judgment.

2

      WHEREUPON this Court hereby approves attachment in the amount of $158,437.25.

_____      _____
Date                                                                      Honorable Douglas P. Woodlock
                                                                           United States District Judge

GAG/gag&ts
ARS 3118 05-016/find&ord-attach.doc