UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY AND ANNUITY SAVINGS FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and the INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4, DPW<br>    Plaintiffs<br><br>vs.<br><br>MOORE'S CRANE RENTAL CORP. and HADLEY MOORE,<br>    Defendants<br><br>and<br><br>KENNEBUNK SAVINGS BANK,<br>    Trustee | C.A. No. 05-10031 |

## WRIT OF ATTACHMENT

   To the United States Marshal of the District of Massachusetts or either of his Deputies, and to _____, Process Server appointed by the Court;

GREETINGS:

   In an action filed in this Court on January 5, 2005 in which the Plaintiffs are Louis G. Rasetta and John J. Shaughnessy, as they are Trustees, et al, whose attorney is Gregory A. Geiman of Segal, Roitman, and Coleman of 11 Beacon Street, Suite #500, Boston, Massachusetts, we command you to attach the personal property of the Defendant Moore's

2

Crane Rental Corp. in accordance with the following directions and/or limitations (if any):  to the value of $158,437.25 and make due return of this writ with your doings thereon into said Court.

This attachment was approved on February _____, 2006 by the Honorable Douglas P. Woodlock in the amount of $158,437.25.

Dated at Boston, Massachusetts this _____ day of February, 2006.

_____
Honorable Douglas P. Woodlock
United States District Judge

GAG/gag&ts
ARS 3118 05-016/writattach.doc