**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY AND ANNUITY SAVINGS FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and the INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4, Plaintiffs vs. MOORES CRANE RENTAL CORP. and HADLEY MOORES, Defendants | C.A. No. 05.10031 DPW |

**MOTION FOR RELIEF FROM ATTACHMENT**
**WITH INCORPORATED MEMORANDUM**

The defendants move for relief from the Order of Attachment dated February 23, 2006, and, as grounds in support of this motion, state as follows:

1. The plaintiffs filed their Motion for Attachment with the Court and, as reported in their certificate of service, served the motion on undersigned counsel by first class mail on February 1, 2006.

2. Under F.R. Civ. P. 6(a) & (b), the defendants' opposition is due on February 24, 2006, the day *after* the court issued its order. Even if the defendants' counsel miscalculated the deadline, however, the Court still should grant the relief requested.

1

3. After the plaintiffs filed their Motion for Attachment, but before the deadline for opposition to the motion, the defendants delivered and the plaintiff accepted payment in the amount of $101,044.36 under the settlement agreement between the parties attached as Exhibit B to the plaintiff's motion. This payment represents the amount believed by defendants in good faith to be due and owing to the plaintiffs under the settlement agreement.

4. Undersigned counsel and counsel for plaintiffs have worked cooperatively toward resolution of this matter; and, based on cooperative efforts, undersigned counsel anticipated that the plaintiffs would amend or withdraw their Motion for Attachment prior to February 24, 2006. In fact, undersigned counsel unsuccessfully tried to contact counsel for the plaintiffs earlier today *before* the court issued its order to determine whether or not an objection would be necessary. Undersigned counsel did not expect that the plaintiffs would continue to seek a remedy knowing full well that most, if not all, of the defendants' obligation has been satisfied.

5. The plaintiffs apparently have decided to press their motion despite knowing that the requested relief far exceeds any potential liability given their acceptance of the defendants' payment in the amount of $101,044.36. Moreover, the defendants, in accordance with the settlement agreement, have provided documentation to the plaintiffs as necessary to perform an audit of defendants' financial records. The plaintiffs still have not prepared an audit report as called for in the settlement agreement due to the plaintiffs' own internal personnel issues.

WHEREFORE, the defendants respectfully request that the court vacate the Order of Attachment with instructions to the clerk not to issue the writ of attachment; or, if the

writ has already issued, to order that the plaintiffs may not serve the process on any creditors of the defendants or otherwise secure any amounts by or through the writ of attachment.

DATED at Portland, Maine, this 23rd day of February, 2006.

/s/ Louis B. Butterfield
Louis B. Butterfield
Attorney for Defendants
Moores Crane Rental Corp.
and Hadley Moores

BERNSTEIN, SHUR, SAWYER & NELSON
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029
(207) 774-1200

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY AND ANNUITY SAVINGS FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and the INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4, <br>     Plaintiffs <br><br> vs. <br><br> MOORES CRANE RENTAL CORP. and HADLEY MOORES, <br>     Defendants | C.A. No. 05.10031 DP |

**CERTIFICATE OF SERVICE**

  I hereby certify that on February 23, 2006, I electronically filed the Defendants' Motion for Relief from Attachment with Incorporated Memorandum using the CM/ECF system which will send notification of such filing(s) to counsel of record.

                /s/ Daniel Murphy
                Daniel Murphy, Esq.
                Mass. BBO No.: 656021

                /s/ Louis B. Butterfield
                Louis B. Butterfield, Esq.

                Attorneys for Defendants
                Moores Crane Rental Corp.
                and Hadley Moores

BERNSTEIN, SHUR, SAWYER, & NELSON
100 Middle Street, P.O. Box 9729
Portland, ME 04104-5029
207-774-1200