# United States District Court
# District of Massachusetts

LOUIS G. RASETTA, ET AL.,
        Plaintiffs,

        v.                           CIVIL ACTION NO. 2005-10031-DPW

MOORE'S CRANE RENTAL CORP.,
HADLEY MOORE,
        Defendants.

## *AMENDED*
## *ORDER ON MOTION*
## *FOR ATTACHMENT OF*
## *PERSONAL PROPERTY OF DEFENDANT*
## *MOORE'S CRANE RENTAL CORP.  (#20)*

COLLINGS, U.S.M.J.

The Order (#28) of February 23, 2006 is VACATED.  Upon a review of the pleadings and noting that no timely opposition was been filed by the defendants,  I find that there is a reasonable likelihood that the plaintiff will recover judgement, including interest and costs, in the amount of $69,142.25 and that there is no liability insurance known or reasonably believed to be

available to satisfy any such judgment.

Accordingly, it is ORDERED that the Motion for Attachment of Personal Property of Defendant Moore's Rental Crane Corp. (#20) be, and the same hereby is, ALLOWED. I APPROVE attachments on the personal property of the Defendant Moore's Crane Rental Corp. to the value of $69,142.25. *See* Rule 4.1(c), Mass. R. Civ. P.

The file is RETURNED to the Clerk's Office with instructions that the Clerk issue the requested writ of attachment in the amount approved herein.

*/s/ Robert B. Collings*

ROBERT B. COLLINGS
United States Magistrate Judge

March 1, 2006.