# United States District Court
# District of Massachusetts

LOUIS G. RASETTA, ET AL.,
    Plaintiffs,

v.                                CIVIL ACTION NO. 2005-10031-DPW

MOORE'S CRANE RENTAL CORP.,
HADLEY MOORE,
    Defendants.

## WRIT OF ATTACHMENT

To the United States Marshal of the District of Massachusetts or either of his Deputies, and to _____, Process Server Appointed by the Court; GREETINGS:

In an action filed in this Court on January 6, 2005 in which the Plaintiffs are Lous G. Rasetta, John J. Shaughnessy, Christopher Barletta, and the International Union of Operating Engineers, Local 4, whose attorneys are Anne R. Stills and Gregory A. Geiman of Segal, Roitman & Coleman, of 11 Beacon St., Suite 500, Boston, Massachusetts, we command you to attach the personal property of the Defendant Moore's Crane Rental Corp. in accordance with the following directions and/or limitations (if any): to the value of $69,142.25, and make due return of this writ with your doings thereon into said Court.

This attachment was approved on March 1, 2006, by Robert B. Collings. In the amount of $69,142.25.

Dated at Boston, MA this first day of March, 2006.

SARAH A. THORNTON
CLERK OF COURT

By: _____
Deputy Clerk