UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY AND ANNUITY SAVINGS FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and the INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4, DPW<br>　　　　Plaintiffs<br><br>vs.<br><br>MOORE'S CRANE RENTAL CORP. and HADLEY MOORE,<br>　　　　Defendants<br><br>and<br><br>KENNEBUNK SAVINGS BANK,<br>　　　　Trustee | C.A. No. 05-10031 |

## ORDER FOR DISMISSAL OF SUIT

This matter, having come before me on the Plaintiffs' Motion for Approval of Settlement and Dismissal of Suit, and upon consideration of the motion and pleadings on file, I find that:

1. All fringe benefit contributions owed to the Plaintiff Funds by the Defendants, $220,671.00, have been paid in full, together with all interest due for delinquent 401(k) contributions.

2. The parties' settlement of the above-referenced matter represents a fair, systematic and reasonable effort by the Funds to collect the amounts due by the Defendants.

3.      The prejudgment attachment of equipment entered on March 1, 2006 is dissolved.

4.      This Order of Dismissal does not adjudicate any future claim for withdrawal liability that the I.U.O.E. Local 4 Pension Fund may have against the Defendants, and is not a bar to any future claim for withdrawal liability.

WHEREFORE, it is hereby ORDERED that the above-referenced suit be dismissed with prejudice and without costs.

SO ORDERED.

_____
The Honorable Douglas P. Woodlock
United States District Court

Dated: October 5, 2006

GAG/gag&mts&njs&ts
ARS 3118-05-016/order-dismissal.doc